KM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jayantalil Jatinkumar, | No.    CV-26-03052-PHX-MTL (DMF) |
| Petitioner, | |
| v. | **ORDER** |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.  (Doc. 1.)

Petitioner alleges that Respondents have not provided notice of the reasons for the revocation of his release or complied with the applicable regulations regarding revoking Orders of Supervision: 8 C.F.R. § 241.4(l)(1)-(2) and 8 C.F.R. § 241.13(i).  Petitioner also alleges his removal is not substantially likely to occur in the reasonably foreseeable future and, as a result, his detention is impermissible.  *See Zadvydas v. Davis*, 533 U.S. 678, 689 (2001) (holding that 8 U.S.C. § 1231 "does not permit indefinite detention").

Respondents must respond to the Petition.  Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)     If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)     The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)     Respondents must respond to the Petition no later than **May 18, 2026**.

(5)     Petitioner may file a reply no later than **May 26, 2026**.

Dated this 4th day of May, 2026.

Michael T. Liburdi
United States District Judge

- 2 -