# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Jayantalil Jatinkumar,

       Petitioner,

v.

Eric Rokosky, et al.,

       Respondents.

No. CV-26-03052-PHX-MTL (DMF)

**ORDER**

Petitioner challenged his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1.)  The Court directed Respondents to respond to the Petition. (Doc. 4.)  Respondents' response stated:

> Respondents do not oppose the habeas petition or its requested relief of release from custody.

(Doc. 6.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 19th day of May, 2026.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge

- 2 -